UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

```
                                              UNITED STATES DISTRICT COURT
                                              SOUTHERN DISTRICT OF TEXAS
                                                       ENTERED
Association Of Community      §
Organization For Reform Now   §                     DEC 14 1998
Inc. (ACORN),                 §
                              §                   Michael N. Milby, Clerk
        Plaintiff,            §
                              §
vs.                           §         C. A. No. H-98-2628
                              §
Sun Health Care Group dba     §
Renaissance Place,            §
                              §
        Defendant.            §
```

ORDER TO SHOW CAUSE

Summons has not been served on Defendant within 120 days of the filing of this complaint, and this action therefore is susceptible to being DISMISSED without prejudice for want of prosecution. Fed. R. Civ. P. 4(m). Accordingly, it is

ORDERED that Plaintiff, within ten (10) days after the entry of this Order, shall file a response to show cause, if any exists, why this case should not be dismissed without prejudice pursuant to Rule 4(m).

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on December 11, 1998.

Ewing Werlein, Jr.
United States District Judge

#3